# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135816

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SAM JUNIOR IVY,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135816
COA: 271789
Genesee CC: 06-011762-FC

_____/

On order of the Court, the application for leave to appeal the December 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

Clerk

p0421